District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington state agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and ANGELINA GODOY, director of the Center,<br><br>Plaintiffs,<br><br>v.<br><br>DEFENSE INTELLIGENCE AGENCY, and UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No. 2:23-cv-01107-RAJ<br><br>JOINT STATUS REPORT |

**JOINT STATUS REPORT**

Plaintiffs filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA"), 5 USC § 552, against the Defendants seeking the disclosure of certain documents. The parties previously met and conferred and apprised the Court that they were attempting to resolve this matter. *See* Dkt. 14. This Court subsequently directed that the parties provide a periodic status report. At this time, counsel for the parties are continuing to confer in good faith in an effort to discuss potential resolution of this action without motion practice. The parties have resolved

JOINT STATUS REPORT
2:23-cv-01107-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

4874-6581-5435v.1 0200873-000006

1  Plaintiffs' concerns regarding retention of the documents and are cooperating regarding
2  developing a document processing plan. In order to provide the parties with additional time to
3  continue these efforts, the parties jointly propose and agree that there is good cause to provide this
4  Court with a status update within 90 days regarding the status of these efforts and/or propose a
5  stipulated briefing schedule if Court resolution is necessary.

      DATED this 29th day of January, 2024.

      Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendants*

DAVIS, WRIGHT & TREMAINE, LLP

*s/ Veronica Muriel Carrioni*
VERONICA MURIEL CARRIONI, WSBA #60777
1300 S.W. Fifth Avenue, Suite 2400
Portland, OR 97201
Phone: 503-276-5273
Fax:    503-276-5893
Email: veronicamuriel@dwt.com

Thomas R. Burke, *Pro Hac Vice*
50 California Street, 23rd Floor
San Francisco, CA 94111
Phone: 415-276-6552
Fax:    415-489-9052
Email: thomasburke@dwt.com

*Attorneys for Plaintiffs*

JOINT STATUS REPORT
2:23-cv-01107-RAJ - 2

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

4874-6581-5435v.1 0200873-000006